■ JULIANNA WILLIAMS, Appellant, v NABIL AZIZ, Respondent. [672 NYS2d 1021]—Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Tormey, III, J. (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.